733 F.2d 27
 In re Dimitrious TSUNIS a/k/a Dimitrious J. Tsunis and D.J.
Tsunis, Debtor.
Dimitrious TSUNIS a/k/a Dimitrious J. Tsunis and D.J.
Tsunis, Respondent-Appellant,
v.
SPANCRETE NORTHEAST INC., et al., Petitioners-Appellees.
 No. 1130, Docket 84-5010.
 United States Court of Appeals,
Second Circuit.
 Argued April 25, 1984.
Decided April 26, 1984.
 
 Louis P. Rosenberg, Brooklyn, N.Y., for respondent-appellant.
 Jay Landa, Lake Success, N.Y. (Landa, Picard & Weinstein, Lake Success, N.Y., on brief), for petitioners-appellees.
 Before KAUFMAN, MESKILL and NEWMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The order of the District Court is affirmed for the reasons set forth in both Bankruptcy Judge Radoyevich's opinion of April 6, 1983, 29 B.R. 527 (Bkrtcy.E.D.N.Y.1983), and Judge Mishler's opinion of December 5, 1983, --- F.Supp. ---- (E.D.N.Y.1983).